**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JANIE MCNEIL, | : | No. 453 EAL 2017 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (DEPARTMENT OF CORRECTIONS, SCI-GRATERFORD), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.